# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN A. LARSON,<br>    Plaintiff,<br>v.<br>STATEMENT FABRICATION,<br>    Defendant. | Case No. 2:25-cv-01313-GMN-NJK<br>**Order**<br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff, however, failed to complete the application and financial affidavit on the form provided by the court. *See* LSR 1-1. Further, Plaintiff failed to sign his application and motion for emergency injunctive relief as required by Federal Rule of Civil Procedure 11.[1] *See* Docket Nos. 1 at 1, 1-1 at 5.

Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice. No later than **August 21, 2025**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*; or (2) pay the $405 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-inmate.

IT IS SO ORDERED.

Dated: July 28, 2025

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] On July 18, 2025, United States District Judge Gloria M. Navarro denied without prejudice Plaintiff's motion for emergency injunctive relief as premature. Docket No. 3. Judge Navarro also ordered that "future requests for relief based on [Plaintiff's] past termination shall not be considered on an emergency basis but rather in the ordinary course." *Id*.